**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-2011**

_____

MICHAEL EVERRETT HARRIS,

Plaintiff - Appellant,

v.

JUDGE PETER J. MESSITTE; ATTORNEY GENERAL LORETTA E. LYNCH,

Defendants - Appellees.

_____

**No. 15-2012**

_____

MICHAEL E. HARRIS,

Plaintiff - Appellant,

v.

U.S. JUDGE PAUL VICTOR NIEMEYER; LORETTA E. LYNCH, Attorney
General,

Defendants - Appellees.

_____

Appeals from the United States District Court for the District
of Maryland, at Greenbelt.   Roger W. Titus, Senior District
Judge.  (8:12-cv-03807-RWT; 8:12-cv-03809-RWT)

_____

Submitted:  January 6, 2016           Decided:  March 8, 2016

_____

Before WILKINSON and GREGORY, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Michael Everrett Harris, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Everrett Harris appeals the district court's orders denying his motion for relief to reopen closed civil cases. Based on our review of the record in these cases and Harris' informal briefs on appeal, we conclude that these appeals are frivolous. See Neitzke v. Williams, 490 U.S. 319, 325, 327 (1989). Accordingly, we dismiss the appeals. See 28 U.S.C. § 1915(e)(2)(B) (2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED